ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3172
    Facsimile:  (213) 894-7177
    E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

**JS-6**

**E-FILED:  1/19/11**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV 10-8159 GHK (VBKx) |
| | ) |
| Plaintiff, | ) **[PROPOSED]** |
| | ) **CONSENT JUDGMENT OF FORFEITURE** |
| vs. | ) |
| | ) |
| $63,880.00 IN U.S. CURRENCY, | ) |
| | ) |
| Defendant. | ) |

This action was filed on October 28, 2010.  Notice was given and published in accordance with law.  Plaintiff and potential claimant Steven Fleurant ("Fleurant") have reached an agreement that is dispositive of the action.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.

1

The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.    This Court has jurisdiction over the parties and the subject matter of this action.

2.    Notice of this action has been given in accordance with law.  All potential claimants to the defendant $63,880.00 in U.S. currency (hereinafter "defendant currency") are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  Fleurant is relieved of his obligation to file a verified claim of interest or an answer in this litigation.

3.    The United States of America shall have judgment as to $57,880.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4.    $6,000.00 of the defendant currency, without any interest earned by the government on the amount, shall be paid to Steven Fleurant and be returned in care of his attorney, Meir Moza.  Said funds shall be forwarded to Steven Fleurant in care of his attorney, Meir Moza, Esq., Law Offices of Meir Moza, 217 Willis Avenue, Suite 101, Mineola, New York 11501.  Fleurant and his attorney will provide any and all information needed to process the return of funds according to federal law.

/ / /

5.     Fleurant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6.     The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:   __1/19__ , 2011

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

**Approved as to form and content:**

DATED: January __, 2011    ANDRÉ BIROTTE JR.
                           United States Attorney
                           ROBERT E. DUGDALE
                           Assistant United States Attorney
                           Chief, Criminal Division
                           STEVEN R. WELK
                           Assistant United States Attorney
                           Chief, Asset Forfeiture Section


                             ___/s/Katharine Schonbachler___
                           KATHARINE SCHONBACHLER
                           Assistant United States Attorney

                           Attorneys for Plaintiff
                           United States of America

DATED: January __, 2011    LAW OFFICES OF MEIR MOZA


                             ___/s/Meir Moza_____
                           MEIR MOZA, ESQ.

                           Attorney for STEVEN FLEURANT


DATED: January __, 2011      ___/s/Steven Fleurant_____
                           STEVEN FLEURANT